UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:23-cv-00100-MR

| | |
|---|---|
| DEJA MONE'T MOORE, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>MARSHALL WILLIAMS, et al., )<br>)<br>Defendants. )<br>_____ ) | **ORDER** |

**THIS MATTER** is before the Court on review of the docket in this matter.

Pro se Plaintiff Deja Mone't Moore ("Plaintiff") filed this action on February 21, 2023, against Defendants Williams, Allen, Mims, and Dunlap pursuant to 42 U.S.C. § 1983. [Doc. 1]. Plaintiff is proceeding in forma pauperis. [Docs. 2, 8]. The Court conducted initial review of Plaintiff's Complaint pursuant to 28 U.S.C. § 1915(e)(2). [Doc. 9]. The Court found that Plaintiff failed to state a claim upon which relief can be granted and allowed Plaintiff thirty (30) days from May 11, 2023, to amend her Complaint in accordance with the terms of the Court's Order. [Id.]. The Court advised Plaintiff that if she failed to timely file an amended Complaint, this action would be dismissed without prejudice and without further notice to Plaintiff.

[Id. at 8].

More than 30 days have passed, and Plaintiff has not filed an amended complaint. The Court will, therefore, dismiss this action without prejudice.

## ORDER

**IT IS, THEREFORE, ORDERED** that Plaintiff's Complaint [Doc. 1] is dismissed without prejudice.

The Clerk is instructed to terminate this action.

**IT IS SO ORDERED**.

Signed: June 27, 2023

Martin Reidinger
Chief United States District Judge