# United States District Court
# Western District Of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| DEJA MONE'T MOORE, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 3:23-cv-00100-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| MARSHALL WILLIAMS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 27, 2023 Order.

June 27, 2023

Katherine Hord Simon, Clerk
United States District Court